# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
BRDC, a Joint Venture )  ASBCA No. 61968
)
Under Contract No. N69450-10-C-1262 )

APPEARANCE FOR THE APPELLANT:  Michael T. Ambroso, Esq.
    DCK Worldwide, LLC
    Pittsburgh, PA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Matthew D. Bordelon, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 4, 2020

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61968, Appeal of BRDC, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals